BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-MC-00103-LKK-KJN |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| 2011 LAND ROVER RANGE ROVER, VIN: SALSH2E40BA285068, CALIFORNIA LICENSE NUMBER: 6JXN583, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Troy David Stratos ("claimant"), by and through their respective counsel, as follows:

1. On or about September 12, 2012, claimant Troy David Stratos filed a claim, in the administrative forfeiture proceedings, with the Federal Bureau of Investigation with respect to the 2011 Land Rover Range Rover, VIN: SALSH2E40BA285068, California License Number: 6JXN583 (hereafter "defendant vehicle"), which was seized on June 21, 2012.

2. The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant vehicle under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant vehicle as required by law in the

1

Stipulation and Order to Extend Time

administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is December 11, 2012.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to March 11, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture shall be extended to March 11, 2013.

Dated:   12/3/12                              BENJAMIN B. WAGNER
                                              United States Attorney

                                         By:  /s/ Kevin C. Khasigian
                                              KEVIN C. KHASIGIAN
                                              Assistant U.S. Attorney


Dated:   12-3-12                              /s/ David Weiner
                                              DAVID WEINER
                                              Attorney for claimant
                                              Troy David Stratos


IT IS SO ORDERED.

Dated:  December 5, 2012

                                              LAWRENCE K. KARLTON
                                              SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT

2

Stipulation and Order to Extend Time