BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-MC-00103-LKK-KJN |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| 2011 LAND ROVER RANGE ROVER, VIN: SALSH2E40BA285068, CALIFORNIA LICENSE NUMBER: 6JXN583, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Troy David Stratos ("claimant"), by and through their respective counsel, as follows:

1. On or about September 12, 2012, claimant Troy David Stratos filed a claim, in the administrative forfeiture proceedings, with the Federal Bureau of Investigation with respect to the 2011 Land Rover Range Rover, VIN: SALSH2E40BA285068, California License Number: 6JXN583 (hereafter "defendant vehicle"), which was seized on June 21, 2012.

2. The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant vehicle under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant vehicle as required by law in the

1

1 administrative forfeiture proceeding.

2     3.    Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for
3 forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant
4 vehicle is subject to forfeiture within ninety days after a claim has been filed in the administrative
5 forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement
6 of the parties. That deadline was December 11, 2012.

7     4.    By Stipulation and Order filed December 5, 2012, the parties stipulated to extend to
8 March 11, 2013, the time in which the United States is required to file a civil complaint for forfeiture
9 against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is
10 subject to forfeiture.

11     5.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an
12 extension to June 10, 2013, the time in which the United States is required to file a civil complaint
13 for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant
14 vehicle is subject to forfeiture.

15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

Stipulation and Order to Extend Time

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture shall be extended to June 10, 2013.

Dated:   3/5/13

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:   3-5-2013

/s/ David Weiner
DAVID WEINER
Attorney for claimant
Troy David Stratos
(Signature retained by attorney)

IT IS SO ORDERED.

Dated:  March 6, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT